UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KET HAWKINGS III,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SACRAMENTO COUNTY DEPARTMENT OF CHILD AND FAMILY ADULT SERVICES,<br><br>　　　　　Defendant. | No. 2:20-cv-0156 JAM DB PS<br><br><br>ORDER |

　　　　Plaintiff Ket Hawkings III is proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On April 28, 2020, the undersigned ordered service of process and summons issued. (ECF No. 3.) On June 4, 2021, defendant filed a request for an extension of time to file a responsive pleading. (ECF No. 12.) Therein, defendant explains that defendant was not served until May 18, 2021, and counsel was not assigned until May 28, 2021. (Id. at 1.) Defendant requests an additional thirty days to file a responsive pleading. (Id.) Good cause appearing, defendant's request will be granted.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's June 4, 2021 motion for an extension of time (ECF No. 12) is granted; and

2. Defendant shall file responsive pleading on or before July 8, 2021.

DATED: June 7, 2021

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE