UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KET HAWKINGS III,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO COUNTY DEPARTMENT OF CHILD AND FAMILY ADULT SERVICES,<br><br>Defendant. | No. 2:20-cv-0156 KJM DB PS<br><br><br><br>ORDER |

Plaintiff is proceeding in this action pro se. The matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c)(21).

On January 19, 2023, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The time for filing objections has expired, and plaintiff has filed objections to the findings and recommendations. Obj., ECF No. 50.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis. While

/////

1

plaintiff makes persuasive policy arguments as to why the Indian Child Welfare Act should apply here, he still does not state any facts that would allow the Act to apply to his children.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations filed January 19, 2023 (ECF No. 49) are adopted in full;

2. Defendants' September 13, 2022 motion to dismiss (ECF No. 41) is granted;

3. The second amended complaint filed on August 30, 2022 (ECF No. 40) is dismissed without prejudice; and

4. This action is closed.

DATED: September 12, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE